# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re: §
 §
Thomas J. Witt § Case No. 13-01742
 §
          Debtor(s) §

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

   Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that DEBORAH M. GUTFELD, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

   The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
               219 S. Dearborn Street
               Chicago, IL  60604
   Any person wishing to object to any fee application that has not already been approved or to the Final Report must file a written objection within 21 days from the mailing of this notice, serve a copy of the objection upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee application and any objection to the Final Report will be held at 10:30 a.m. on August 26, 2014 in courtroom 613 at 219 South Dearborn Street, Chicago, Illinois 60604.

If no objections are filed, upon entry of an order on the fee application, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____           By: Deborah M. Gutfeld_____
                                              Chapter 7 Trustee


*DEBORAH M. GUTFELD*
*DEBORAH M. GUTFELD, AS CHAPTER 7 TRUSTEE*
*131 S. DEARBORN STREET*
*SUITE 1700*
*CHICAGO, IL 60603*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:                              §
                                    §
Thomas J. Witt                      §    Case No. 13-01742
                                    §
         Debtor(s)                  §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 28,000.00 |
| and approved disbursements of | $ | 0.00 |
| leaving a balance on hand of[1] | $ | 28,000.00 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: DEBORAH M. GUTFELD | $ 3,550.00 | $ 0.00 | $ 3,550.00 |
| Total to be paid for chapter 7 administrative expenses | | | $ 3,550.00 |
| Remaining Balance | | | $ 24,450.00 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) (Page: 2)

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 366,292.07 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 6.7 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | N. A. Capital One Bank (Usa) | $ 19,069.82 | $ 0.00 | $ 1,272.91 |
| 2 | Ecast Settlement Corporation, Assignee | $ 13,723.30 | $ 0.00 | $ 916.03 |
| 3 | Ecast Settlement Corporation, Assignee | $ 11,794.34 | $ 0.00 | $ 787.27 |
| 5 | David And Laura Mohr | $ 300,928.80 | $ 0.00 | $ 20,087.00 |
| 6 | Us Bank N. A. As Servicer | $ 20,775.81 | $ 0.00 | $ 1,386.79 |
| | Total to be paid to timely general unsecured creditors | | $ | 24,450.00 |
| | Remaining Balance | | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

UST Form 101-7-NFR (10/1/2010) *(Page: 3)*

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: Deborah M. Gutfeld
Chapter 7 Trustee

*DEBORAH M. GUTFELD*
*DEBORAH M. GUTFELD, AS CHAPTER 7 TRUSTEE*
*131 S. DEARBORN STREET*
*SUITE 1700*
*CHICAGO, IL 60603*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

```
                              United States Bankruptcy Court
                              Northern District of Illinois

In re:                                                              Case No. 13-01742-TAB
Thomas J. Witt                                                      Chapter 7
       Debtor
                                    CERTIFICATE OF NOTICE
District/off: 0752-1         User: dross                 Page 1 of 2              Date Rcvd: Jul 30, 2014
                             Form ID: pdf006             Total Noticed: 32


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 01, 2014.
db           +Thomas J. Witt,    1825 West Wellington,    Chicago, IL 60657-4034
20484966      American Express,    PO Box 0001,    Los Angeles, CA 90096-8000
19925221     ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
              (address filed with court: Bank Of America,    PO Box 982235,    El Paso, TX 79998)
21077659     +BMO Harris Bank, N.A., formerly known as Harris N.,     c/o Matthew M. Hevrin,
               Hinshaw & Culbertson LLP,    100 Park Avenue,    Rockford, IL 61101-1099
19925222     +Bayview Loan,    62516 Collections Center Dr,    Chicago, IL 60693-0625
19925223      Bill Powell,    235 E. North,    Itasca, IL 60143
19925242     ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
              (address filed with court: Unvl/citi,    Attn.: Centralized Bankruptcy,    Po Box 20507,
               Kansas City, MO 64195)
19925224     +Capital One Bank,    Attn: Bankruptcy Dept.,    PO Box 30285,    Salt Lake City, UT 84130-0285
20938444      Capital One Bank (USA), N.A.,    by American InfoSource LP as agent,    PO Box 71083,
               Charlotte, NC 28272-1083
19925226     +Chase,    P.o. Box 15298,    Wilmington, DE 19850-5298
19925228     +Chase,    Cardmember Services,    PO Box 15153,    Wilmington, DE 19886-5153
19925225     +Chase,    Po Box 901039,    Fort Worth, TX 76101-2039
19925229     +Citimortgage Inc,    PO Box 9438,    Gaithersburg, MD 20898-9438
19925231     +David and Laura Mohr,    c/o Kenneth C Apicella,    800 E Northwest Hwy, Ste 1090,
               Palatine Il 60074-6580
19925234     +JP Morgan Chase,    PO Box 9001020,    louisville, KY 40290-1020
20484967     +Keystone Consulting Inc,    220 West Campus Drive #102,    Arlington Heights, IL 60004-1498
19925235     +Lexus FSB,    Po Box 108,    Saint Louis, MO 63166-0108
19925237     +Matt Schmeltz,    220 Washington,    Park Ridge, IL 60068-3542
20484968      Medical Center Anesthesia,    PO Box 661361,    Chicago, IL 60666-1361
19925238     +PNC Bank, N.A.,    1 Financial Pkwy,    Kalamazoo, MI 49009-8002
19925240     +Ridgestone Bank,    13925 W. North,    Brookfield, IL 53005-4976
19925239     +Ridgestone Bank,    13925 W. North,    Brookfield, WI 53005-4976
20484969      St Alexius Medical Center,    22589 Network Place,    Chicago, IL 60673-1225
21127059      US BANK N.A. as Servicer,    for LEXUS FINANCIAL SERVICES,    BANKRUPTCY DEPARTMENT,
               P.O. BOX 5229,    CINCINNATI, OH 45201-5229
19925241     +Unicorn Financial,    AZ1-5734,    PO Box 71,    Phoenix, AZ 85001-0071
19925243     +Urban Trust Bank,    c/o CENLAR,    425 Phillips Blvd.,    Ewing, NJ 08618-1430
19925244    ++WELLS FARGO BANK NA,    WELLS FARGO HOME MORTGAGE AMERICAS SERVICING,
               ATTN BANKRUPTCY DEPT MAC X7801-014,    3476 STATEVIEW BLVD,    FORT MILL SC 29715-7203
              (address filed with court: Wells Fargo Home Mortgage,    8480 Stagecoach Cir,
               Frederick, MD 21701)
20484970     +Weiss Memorial Hospital,    4720 Paysphere Circle,    Chicago, IL 60674-0047
21057640      eCAST Settlement Corporation, assignee,    of Chase Bank USA, N.A.,    POB 29262,
               New York, NY 10087-9262

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
19925230     +E-mail/Text: lbankruptcy@cookcountytreasurer.com Jul 31 2014 00:46:10     Cook County Treasurer,
               118 North Clark Street,    Chicago, IL 60602-1590
19925232      E-mail/PDF: gecsedi@recoverycorp.com Jul 31 2014 00:53:02     Green Tree Servicing L,
               332 Minnesota St Ste 610,    Saint Paul, MN 55101
19925233     +E-mail/Text: bankruptcy.bnc@gt-cs.com Jul 31 2014 00:45:00     GreenTree,    PO Box 6172,
               Rapid City, SD 57709-6172
                                                                                               TOTAL: 3

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
19925236      Mark Emmerich
19925227*    +Chase,    PO Box 15298,    Wilmington, DE 19850-5298
19925245*   ++WELLS FARGO BANK NA,    WELLS FARGO HOME MORTGAGE AMERICAS SERVICING,
               ATTN BANKRUPTCY DEPT MAC X7801-014,    3476 STATEVIEW BLVD,    FORT MILL SC 29715-7203
              (address filed with court: Wells Fargo Home Mortgage,    8480 Stagecoach Circle,
               Frederick, MD 21701)
21057641*     eCAST Settlement Corporation, assignee,    of Chase Bank USA, N.A.,    POB 29262,
               New York, NY 10087-9262
                                                                                  TOTALS: 1, * 3, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0752-1          User: dross                Page 2 of 2                   Date Rcvd: Jul 30, 2014
                              Form ID: pdf006            Total Noticed: 32
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 01, 2014                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 29, 2014 at the address(es) listed below:
          Deborah Michelle Gutfeld    on behalf of Trustee Deborah Michelle Gutfeld
           gutfeldch7@perkinscoie.com,    dgutfeld@ecf.epiqsystems.com
          Deborah Michelle Gutfeld    gutfeldch7@perkinscoie.com,    dgutfeld@ecf.epiqsystems.com
          Eric J. Miller    on behalf of Debtor Thomas J. Witt emiller@farwelllaw.com
          Kenneth C Apicella    on behalf of Petitioning Creditor David & Laura  Mohr kca@dgaalaw.com
          Matthew C Swenson    on behalf of Debtor Thomas J. Witt matt@emersonlawfirm.com
          Matthew M. Hevrin    on behalf of Creditor    BMO Harris Bank, N.A., f/k/a Harris N.A., as the
           assignee of the Federal Deposit Insurance Corporation as the receiver for Amcore Bank N.A.
           mhevrin@hinshawlaw.com,    jfornal@hinshawlaw.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
          Robert N Honig    on behalf of Debtor Thomas J. Witt robert@roberthonig.com
                                                                                             TOTAL: 8
```