UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re: | Case No. 13bk01742 |
| THOMAS J. WITT, | Chapter 7 |
| Debtor. | Honorable Timothy A. Barnes |

## FINDINGS OF FACT AND CONCLUSIONS OF LAW IN SUPPORT OF ORDER AWARDING TO THE LAW OFFICES OF DAVID P. LEIBOWITZ, LLC D/B/A LAKELAW, ATTORNEYS FOR TRUSTEE, FOR ALLOWANCE AND PAYMENT OF FINAL COMPENSATION AND REIMBURSEMENT OF EXPENSES

| | | | |
|---|---|---|---|
| TOTAL FEES REQUESTED: | $ 12,580.00 | TOTAL COSTS REQUESTED: | $ 244.95 |
| TOTAL FEES REDUCED: | $ 382.50 | TOTAL COSTS REDUCED: | $ 0.00 |
| TOTAL FEES ALLOWED: | $ 12,197.50 | TOTAL COSTS ALLOWED: | $ 244.95 |

### TOTAL FEES AND COSTS ALLOWED: $ 12,442.45

The attached time and expense entries have been underlined to reflect disallowance in whole or in part. The basis for each disallowance is reflected by numerical notations that appear on the left of each underlined entry. The numerical notations correspond to the enumerated paragraphs below.

The total fees and costs allowed by this Order shall be the sole responsibility of the Debtor, and not the obligation of the Trustee or the Debtor's estate. To the extent the Trustee is holding any funds provided by the Debtor as a retainer for services rendered by Lakelaw, such funds shall be tendered to Lakelaw to reduce the Total Compensation owed by the Debtor to Lakelaw.

Lakelaw's request to waive any additional notice of the Application for Compensation that may be required is hereby GRANTED.

(1)   **No Benefit to the Estate -- TOTAL of disallowed amounts: $ 382.50**

The court denies requests for fees relating to services that do not benefit the estate or that are not necessary to the administration of the case. 11 U.S.C. § 330(a)(4)(A). Work done in securing that the attorney gets paid from the Debtor is not a benefit to the estate.

Dated: June 24, 2015

Timothy A. Barnes
United States Bankruptcy Judge

| BILL DATE | PHASE | STAFF | DESCRIPTION | RATE | DURATION | TOTAL |
|---|---|---|---|---|---|---|
| 08/11/14 | 1.07 | BRAND | CORRESPONDENCE WITH DEBTOR'S COUNSEL AND DPL RE: APPLICATION TO EMPLOY | $425.00 | 0.20 | $85.00 |
| 08/18/14 | 1.07 | BRAND | CORRESPONDENCE WITH COUNSEL FOR DEBTOR RE: APPLICATION TO EMPLOY SPECIAL COUNSEL | $425.00 | 0.20 | $85.00 |
| 08/20/14 | 1.07 | BRAND | DRAFT APPLICATION TO EMPLOY, DECLARATION AND PROPOSED ORDER | $425.00 | 1.70 | $722.50 |
| 08/25/14 | 1.07 | BRAND | CONFERENCE WITH TRUSTEE RE: APPLICATION TO EMPLOY | $425.00 | 0.30 | $127.50 |
| 08/27/14 | 1.07 | BRAND | REVISE APPLICATION TO EMPLOY LAKELAW | $425.00 | 0.70 | $297.50 |
| 09/08/14 | 1.07 | BRAND | CONFERENCE WITH TRUSTEE RE: APPLICATION TO BE EMPLOYED | $425.00 | 0.40 | $170.00 |
| 10/22/14 | 1.07 | BRAND | CORRESPONDENCE TO DEBTOR'S COUNSEL | $425.00 | 0.20 | $85.00 |
| 10/28/14 | 1.07 | BRAND | ATTENDED COURT HEARING RE: APPLICATION TO EMPLOY | $425.00 | 1.00 | $425.00 |
| 06/01/15 | 1.07 | BRAND | DRAFT FINAL FEE APPLICATION & PROPOSED ORDER | $425.00 | 1.40 | $595.00 |
| 06/23/15 | 1.07 | BRAND | ATTEND HEARING RE: FEE APPLICATION | $425.00 | 0.50 | $212.50 |
| | **1.07 Total** | | | | 6.60 | $2,805.00 |

| Date | | Atty | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|---|
| 11/11/14 | 1.10 | BRAND | DRAFT COMPLAINT RE: AVOIDING MEMORANDUM OF JUDGMENT RECORDED DURING PREFERENCE PERIOD | $425.00 | 1.30 | $552.50 |
| 12/02/14 | 1.10 | BRAND | TELEPHONE CONFERENCE WITH TRUSTEE RE: QUESTIONS/REVISIONS TO DRAFT COMPLAINT (.4); CONFERENCE WITH TITLE AGENCY RE: TITLE REPORT FOR PROPERTIES (.2) | $425.00 | 0.60 | $255.00 |
| 12/10/14 | 1.10 | BRAND | REVIEW TITLE COMMITMENTS (.3); REVISE DRAFT OF COMPLAINT (.4); CORRESPONDENCE TO TRUSTEE RE: SAME (.1) | $425.00 | 0.80 | $340.00 |
| 12/16/14 | 1.10 | BRAND | CORRESPONDENCES WITH TRUSTEE RE: RELIEF REQUESTED IN COMPLAINT | $425.00 | 0.20 | $85.00 |
| 02/11/15 | 1.10 | BRAND | ATTENDED STATUS HEARING IN CASE | $425.00 | 1.10 | $467.50 |
| 02/25/15 | 1.10 | BRAND | DRAFT MOTION FOR DEFAULT & DEFAULT JUDGMENT | $425.00 | 0.80 | $340.00 |
| 03/17/15 | 1.10 | BRAND | ATTENDED COURT HEARING RE: MOTION FOR DEFAULT AND DEFAULT JUDGMENT | $425.00 | 0.90 | $382.50 |
| 04/01/15 | 1.10 | ZUNIGA | REVISE PROPOSED ORDER AND FILE MOTION TO EXTEND TIME TO FILE REPLY BRIEF | $325.00 | 0.30 | $0.00 |
| 04/01/15 (1) No benefit to estate. | 1.10 | BRAND | DRAFT MOTION FOR EXTENSION OF TIME TO FILE REPLY BRIEF (.6); DRAFT PROPOSED ORDER RE: SAME (.2); <u>DRAFT MOTION FOR ADDITIONAL SECURITY (.7); DRAFT PROPOSED ORDER RE: SAME (.2)</u> | $425.00 | 1.70 | $722.50 |
| 04/01/15 | 1.10 | BRAND | TELEPHONE CONFERENCE WITH TRUSTEE RE: REPLY BRIEF IN SUPPORT OF MOTION FOR DEFAULT AND DEFAULT JUDGMENT | $425.00 | 0.40 | $170.00 |
| 04/07/15 | 1.10 | BRAND | RESEARCH AND ANALYZE CASELAW RE: ELEMENTS OF A PREFERENCE, DIMUNITION TO ESTATE | $425.00 | 1.90 | $807.50 |

| Date | | Atty | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|---|
| 04/08/15 | 1.10 | BRAND | DRAFT REPLY BRIEF IN SUPPORT OF MOTION FOR DEFAULT (3.5); RESEARCH AND ANALYZE CASELAW RE: CASES CITED BY DEFENDANTS FOR PROCEDURAL DUE PROCESS (.9); RESEARCH CASELAW RE: DIMINISH ASSETS OF ESTATE (1.4); REVIEW AND ANALYZE DOCKET RE: ELECTRONIC NOTIFICATION OF ADVERSARY PROCEEDING (.4) | $425.00 | 6.20 | $2,635.00 |
| 04/09/15 | 1.10 | BRAND | REVIEW, ANALYZE AND REVISE DRAFT REPLY BRIEF IN SUPPORT OF MOTION FOR DEFAULT JUDGMENT (2.1); RESEARCH AND ANALYZE CASELAW RE: "IMPLIED FACTOR" DIMINISH PROPERTY OF ESTATE (1.0); RESEARCH AND ANALYZE CASE LAW RE: JUDGE BARNES CASE LAW CONCERNING STANDARDS OF DEFAULT JUDGMENT (.7) | $425.00 | 3.80 | $1,615.00 |
| 04/14/15 | 1.10 | BRAND | REVIEW, REVISE AND FINALIZE REPLY BRIEF IN SUPPORT OF ENTRY OF DEFAULT JUDGMENT | $425.00 | 2.40 | $1,020.00 |
| 04/22/15 | 1.10 | BRAND | ATTEND COURT HEARING RE: RULING ON MOTION FOR DEFAULT AND DEFAULT JUDGMENT | $425.00 | 0.90 | $382.50 |
| | **1.10 Total** | | | | 23.30 | $9,775.00 |
| **Grand Total** | | | | | 29.90 | $12,580.00 |