# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| Thomas J. Witt | § | Case No. 13-01742 |
| | § | |
| Debtor | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

DEBORAH M. GUTFELD, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: 126,582.66                     Assets Exempt: 0.00
*(Without deducting any secured claims)*

Total Distributions to Claimants: 42,100.00      Claims Discharged
                                                  Without Payment: 4,821,236.86

Total Expenses of Administration: 10,900.00

---

3) Total gross receipts of $ 53,000.00  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $ 53,000.00  from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 4,098,775.37 | $ 106,954.42 | $ 106,954.42 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 10,900.00 | 10,900.00 | 10,900.00 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 7,500.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 390,769.42 | 366,292.07 | 366,292.07 | 42,100.00 |
| **TOTAL DISBURSEMENTS** | $ 4,497,044.79 | $ 484,146.49 | $ 484,146.49 | $ 53,000.00 |

4)  This case was originally filed under chapter 7 on 01/16/2013 . The case was pending for 38 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 02/17/2016            By:/s/DEBORAH M. GUTFELD
                                            Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 3 Unit Property C/K/A 3220 N. Wolcott, Chicago Il 60657 | 1110-000 | 5,000.00 |
| 33% Ownership Of Mixed Use 3 Unit Property C/K/A 5143 N. Cla | 1110-000 | 4,000.00 |
| 50% Ownership Of 3 Unit Property C/K/A 858 W. Newport, Chica | 1110-000 | 24,000.00 |
| 50% Ownership Of Commercial Condominium C/K/A 2242 W. Belmon | 1110-000 | 3,000.00 |
| 50% Ownership Of Residential Condominium C/K/A 3175 N. Linco | 1110-000 | 2,000.00 |
| Principal Residence Location: 1825 W. Wellington  Chicago, I | 1110-000 | 5,000.00 |
| Auto: 2005 Lexus Gx470 With 57000 Miles Location: 1825 W. We | 1129-000 | 5,000.00 |
| Lakelaw retainer | 1290-000 | 5,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$53,000.00** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES | | | $ NA |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bayview Loan 62516 Collections Center Dr Chicago, IL 60693 | | 105,746.16 | NA | NA | 0.00 |
| | Chase Po Box 901039 Fort Worth, TX 76101 | | 191,758.00 | NA | NA | 0.00 |
| | Citimortgage Inc PO Box 9438 Gaithersburg, MD 20898 | | 1,122,883.00 | NA | NA | 0.00 |
| | Green Tree Servicing L 332 Minnesota St Ste 610 Saint Paul, MN 55101 | | 122,098.00 | NA | NA | 0.00 |
| | GreenTree PO Box 6172 Rapid City, SD 57709 | | 122,388.55 | NA | NA | 0.00 |
| | JP Morgan Chase PO Box 9001020 louisville, KY 40290 | | 190,905.03 | NA | NA | 0.00 |
| | PNC Bank, N.A. 1 Financial Pkwy Kalamazoo, MI 49009 | | 146,477.73 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Ridgestone Bank 13925 W. North Brookfield, IL 53005 | | 800,639.44 | NA | NA | 0.00 |
| | Ridgestone Bank 13925 W. North Brookfield, WI 53005 | | 135,139.80 | NA | NA | 0.00 |
| | Urban Trust Bank c/o CENLAR 425 Phillips Blvd. Ewing, NJ 08618 | | 509,296.66 | NA | NA | 0.00 |
| | Wells Fargo Home Mortgage 8480 Stagecoach Cir Frederick, MD 21701 | | 594,782.00 | NA | NA | 0.00 |
| | Wells Fargo Home Mortgage 8480 Stagecoach Circle Frederick, MD 21701 | | 56,661.00 | NA | NA | 0.00 |
| 4 | Formerly Known As Harris N. Bmo Harris Bank N. A. | 4110-000 | NA | 106,954.42 | 106,954.42 | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$ 4,098,775.37** | **$ 106,954.42** | **$ 106,954.42** | **$ 0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| DEBORAH M. GUTFELD | 2100-000 | NA | 5,900.00 | 5,900.00 | 5,900.00 |
| Lakelaw | 3210-000 | NA | 5,000.00 | 5,000.00 | 5,000.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | **$ NA** | **$ 10,900.00** | **$ 10,900.00** | **$ 10,900.00** |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Cook County Treasurer 118 North Clark Street Chicago, IL 60010 | | 7,500.00 | NA | NA | 0.00 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ 7,500.00 | $ 0.00 | $ 0.00 | $ 0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bank Of America PO Box 982235 El Paso, TX 79998 | | 3,665.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Capital One Bank Attn: Bankruptcy Dept. PO Box 30285 Salt Lake City, UT 84130 | | 18,205.00 | NA | NA | 0.00 |
| | Chase Cardmember Services PO Box 15153 Wilmington, DE 19886 | | 22,000.00 | NA | NA | 0.00 |
| | Chase P.o. Box 15298 Wilmington, DE 19850 | | 13,723.00 | NA | NA | 0.00 |
| | Chase PO Box 15298 Wilmington, DE 19850 | | 11,794.00 | NA | NA | 0.00 |
| | David and Laura Mohr c/o Apicella Law Offices 134 North LaSalle Street, #320 Chicago, IL 60602 | | 294,132.00 | NA | NA | 0.00 |
| | Lexus FSB Po Box 108 Saint Louis, MO 63166 | | 23,039.00 | NA | NA | 0.00 |
| | Unicorn Financial AZ1-5734 PO Box 71 Phoenix, AZ 85001 | | 1,553.42 | NA | NA | 0.00 |
| | Unvl/citi Attn.: Centralized Bankruptcy Po Box 20507 Kansas City, MO 64195 | | 2,658.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 5 | David And Laura Mohr | 7100-000 | NA | 300,928.80 | 300,928.80 | 34,587.43 |
| 2 | Ecast Settlement Corporation, Assignee | 7100-000 | NA | 13,723.30 | 13,723.30 | 1,577.30 |
| 3 | Ecast Settlement Corporation, Assignee | 7100-000 | NA | 11,794.34 | 11,794.34 | 1,355.59 |
| 1 | N. A. Capital One Bank (Usa) | 7100-000 | NA | 19,069.82 | 19,069.82 | 2,191.80 |
| 6 | Us Bank N. A. As Servicer | 7100-000 | NA | 20,775.81 | 20,775.81 | 2,387.88 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 390,769.42 | $ 366,292.07 | $ 366,292.07 | $ 42,100.00 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No: | 13-01742 | TAB | Judge: | Timothy A. Barnes | Trustee Name: | DEBORAH M. GUTFELD |
|---|---|---|---|---|---|---|
| Case Name: | Thomas J. Witt | | | | Date Filed (f) or Converted (c): | 01/16/2013 (f) |
| | | | | | 341(a) Meeting Date: | 03/12/2013 |
| For Period Ending: | 02/17/2016 | | | | Claims Bar Date: | 11/12/2013 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Principal Residence Location: 1825 W. Wellington Chicago, I | 1,130,000.00 | 994,860.20 | | 5,000.00 | FA |
| 2. 33% Ownership Of Mixed Use 3 Unit Property C/K/A 5143 N. Cla | 770,000.00 | 0.00 | | 4,000.00 | FA |
| 3. 3 Unit Property C/K/A 3220 N. Wolcott, Chicago Il 60657 | 600,000.00 | 600,000.00 | | 5,000.00 | FA |
| 4. 50% Ownership Of Residential Condominium C/K/A 3175 N. Linco | 245,000.00 | 54,094.97 | | 2,000.00 | FA |
| 5. 50% Ownership Of 3 Unit Property C/K/A 858 W. Newport, Chica | 800,000.00 | 677,611.45 | | 24,000.00 | FA |
| 6. 50% Ownership Of Commercial Condominium C/K/A 2242 W. Belmon | 115,000.00 | 9,253.84 | | 3,000.00 | FA |
| 7. Four (4) Checking Accounts Location: JP Morgan Chase. 3330 N | 2,582.66 | 2,582.66 | | 0.00 | FA |
| 8. Furniture: Minimal | 2,000.00 | 2,000.00 | | 0.00 | FA |
| 9. Clothes: Minimal | 2,000.00 | 2,000.00 | | 0.00 | FA |
| 10. Insurance: Life Insurance Investment. Value Was $45,000 And | 23,000.00 | 23,000.00 | | 0.00 | FA |
| 11. Retirement: Roth Ira Location: Jp Morgan Chase | 80,000.00 | 80,000.00 | | 0.00 | FA |
| 12. Tax Refund: Ill Email You Tax Rturns For 2010 And 2011. Ref | 17,000.00 | 17,000.00 | | 0.00 | FA |
| 13. Auto: 2005 Lexus Gx470 With 57000 Miles Location: 1825 W. We | 19,802.00 | 19,802.00 | | 5,000.00 | FA |
| 14. Lakelaw retainer (u) | 5,000.00 | 5,000.00 | | 5,000.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | Unknown |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $3,811,384.66 | $2,487,205.12 | | $53,000.00 | $0.00 |

(Total Dollar Amount in Column 6)

UST Form 101-7-TDR (10/1/2010) *(Page: 9)*

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Amended TFR and Trustee's Fee Application are set for hearing on 12/9/15.

Exhibit 8

Initial Projected Date of Final Report (TFR): 12/31/2014        Current Projected Date of Final Report (TFR): 12/31/2015

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 13-01742 | Trustee Name: DEBORAH M. GUTFELD |
| Case Name: Thomas J. Witt | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX7882 |
| | Checking |
| Taxpayer ID No: XX-XXX8727 | Blanket Bond (per case limit): $100,000.00 |
| For Period Ending: 02/17/2016 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 01/15/14 | | First Chicago Bank & Trust Cashier's Check Remitter: Thomas J. Witt | Purchase of Debtor's non-exempt interest in scheduled assets per 1.28.14 court order | | $28,000.00 | | $28,000.00 |
| | | | Gross Receipts $28,000.00 | | | | |
| | 5 | | 50% Ownership Of 3 Unit Property C/K/A 858 W. Newport, Chica $22,000.00 | 1110-000 | | | |
| | 6 | | 50% Ownership Of Commercial Condominium C/K/A 2242 W. Belmon $1,000.00 | 1110-000 | | | |
| | 13 | | Auto: 2005 Lexus Gx470 With 57000 Miles Location: 1825 W. We $5,000.00 | 1129-000 | | | |
| 11/06/14 | | Thomas J. Witt 1825 W. Wellington Ave. Chicago, IL 60657-4034 | Payment from Debtor's non-estate assets to pursue lien avoidance action per 11.04.14 court order | | $20,000.00 | | $48,000.00 |
| | | | Gross Receipts $20,000.00 | | | | |
| | 1 | | Principal Residence Location: 1825 W. Wellington Chicago, I $5,000.00 | 1110-000 | | | |
| | 2 | | 33% Ownership Of Mixed Use 3 Unit Property C/K/A 5143 N. Cla $4,000.00 | 1110-000 | | | |
| | 3 | | 3 Unit Property C/K/A 3220 N. Wolcott, Chicago Il 60657 $5,000.00 | 1110-000 | | | |
| | 4 | | 50% Ownership Of Residential Condominium C/K/A 3175 N. Linco $2,000.00 | 1110-000 | | | |
| | 5 | | 50% Ownership Of 3 Unit Property C/K/A 858 W. Newport, Chica $2,000.00 | 1110-000 | | | |
| | 6 | | 50% Ownership Of Commercial Condominium C/K/A 2242 W. Belmon $2,000.00 | 1110-000 | | | |

| | Page Subtotals: | $48,000.00 | $0.00 |
|---|---|---|---|

UST Form 101-7-TDR (10/1/2010) *(Page: 11)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 13-01742 | Trustee Name: | DEBORAH M. GUTFELD | Exhibit 9 |
| --- | --- | --- | --- | --- |
| Case Name: | Thomas J. Witt | Bank Name: | Associated Bank | |
| | | Account Number/CD#: | XXXXXX7882 | |
| | | | Checking | |
| Taxpayer ID No: | XX-XXX8727 | Blanket Bond (per case limit): | $100,000.00 | |
| For Period Ending: | 02/17/2016 | Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 11/19/14 | 14 | Law Offices of David P. Leibowitz, LLC<br>Clients Fund Account IOLTA<br>420 W. Clayton St.<br>Waukegan, IL 60085 | Turnover of Debtor's retainer | 1290-000 | $5,000.00 | | $53,000.00 |
| 07/27/15 | 101 | Lakelaw<br>53 W. Jackson Blvd., Suite 1610<br>Chicago, Illinois 60604 | Payment per 6.24.15 court order | 3210-000 | | $5,000.00 | $48,000.00 |
| 12/09/15 | 102 | DEBORAH M. GUTFELD<br>131 S. DEARBORN STREET, SUITE 1700<br>CHICAGO, IL 60603-5559 | Final distribution representing a payment of 100.00 % per court order. | 2100-000 | | $5,900.00 | $42,100.00 |
| 12/09/15 | 103 | N. A. Capital One Bank (Usa)<br>Capital One Bank (Usa), N.A.<br>Po Box 71083<br>Charlotte, Nc 28272-1083 | Final distribution to claim 1 representing a payment of 11.49 % per court order. | 7100-000 | | $2,191.80 | $39,908.20 |
| 12/09/15 | 104 | Ecast Settlement Corporation, Assignee Of Chase Bank Usa, N.A.<br>Pob 29262<br>New York, Ny 10087-9262 | Distribution | | | $2,932.89 | $36,975.31 |
| | | Ecast Settlement Corporation, Assignee | Final distribution to claim 2 representing a payment of 11.49 % per court order. ($1,577.30) | 7100-000 | | | |
| | | Ecast Settlement Corporation, Assignee | Final distribution to claim 3 representing a payment of 11.49 % per court order. ($1,355.59) | 7100-000 | | | |
| 12/09/15 | 105 | David And Laura Mohr<br>C/O Apicella Law Offices<br>134 North Lasalle Street, #320<br>Chicago, Il 60602 | Final distribution to claim 5 representing a payment of 11.49 % per court order. | 7100-000 | | $34,587.43 | $2,387.88 |
| 12/09/15 | 106 | Us Bank N. A. As Servicer<br>Us Bank N.A. As Servicer<br>For Lexus Financial Services<br>Bankruptcy Department<br>P.O. Box 5229<br>Cincinnati, Oh 45201-5229 | Final distribution to claim 6 representing a payment of 11.49 % per court order. | 7100-000 | | $2,387.88 | $0.00 |
| | | | COLUMN TOTALS | | $53,000.00 | $53,000.00 | |
| | | | Page Subtotals: | | $5,000.00 | $53,000.00 | |

UST Form 101-7-TDR (10/1/2010) (Page: 12)

Exhibit 9

|  | | |
|---|---|---|
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $53,000.00 | $53,000.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $53,000.00 | $53,000.00 |

Page Subtotals: $0.00  $0.00

UST Form 101-7-TDR (10/1/2010) *(Page: 13)*

Exhibit 9

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX7882 - Checking | $53,000.00 | $53,000.00 | $0.00 |
| | $53,000.00 | $53,000.00 | $0.00 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $53,000.00 |
| Total Gross Receipts: | $53,000.00 |

Page Subtotals: $0.00   $0.00